UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff/Respondent, | ) ) ) | Criminal No. 09-11-ART<br>Civil No. 13-7273-ART-REW |
| v. | ) ) | |
| MANUEL CARDOSA, | ) | **ORDER** |
| Defendant/Movant. | ) ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

Petitioner Manuel Cardosa filed a motion to vacate his sentence under 28 U.S.C. § 2255. *See* R. 48. In opposition, the United States filed a response urging the Court to deny Cardosa's motion as untimely. *See* R. 55. Agreeing with the government, Magistrate Judge Robert E. Wier filed a Report and Recommendation that the Court deny the motion to vacate as untimely filed. R. 56. Judge Wier also recommends that this Court deny a certificate of appealability. *Id.* Neither the petitioner nor the United States has filed any objections to the R&R, and the time for filing any objections has expired. *See* Fed. R. Civ. Proc. 72(b). Accordingly, it is **ORDERED** that the R&R, R. 56, is **ADOPTED** as the opinion of the Court. Cardosa's motion to vacate, R. 48, is **DENIED**. The Court will issue a separate judgment.

This the 14th day of August, 2013.



Signed By:
*Amul R. Thapar*
United States District Judge